AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:24-CR-00211 (AMN) |
| Andrew Miller | ) | |
| Defendant | ) | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  06/20/2024

_Andrew Miller_
Defendant's signature

_Brian Devane_
Signature of defendant's attorney

Brian Devane
Printed name of defendant's attorney

_Anne M. Nardacci_
Judge's signature

Hon. Anne M. Nardacci, U.S. District Judge
Judge's printed name and title

*FILED U.S. DISTRICT COURT - N.D. OF N.Y. JUN 20 2024 AT ___ O'CLOCK John M. Domurad, Clerk - Albany*